**Electronically Filed**
**Supreme Court**
**SCWC-11-0000317**
**08-JAN-2014**
**09:40 AM**

SCWC-11-0000317

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ERIC J. MINTON and RICHARD M. STANLEY,
Petitioners/Plaintiffs-Appellants,

vs.

SIDNEY A. QUINTAL, JOHN C. FUHRMANN,
CITY and COUNTY OF HONOLULU,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000317; CIV. NO. 07-1-2354-12)

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., Nakayama, and Pollack, JJ.,
Circuit Court Judge Castagnetti, in place of Acoba, J., recused,
and Circuit Court Judge Kim, in place of McKenna, J., recused.)

Upon consideration of the Motion for Reconsideration (motion) filed on December 23, 2013 by Respondents/Defendants-Appellees Sidney A. Quintal, John C. Fuhrmann, and the City and County of Honolulu, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, January 8, 2014.

Curtis E. Sherwood,
Matthew S.K. Pyun, Jr., and
John P. Moran
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Jeannette H. Castagnetti

/s/ Glenn J. Kim

